**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CHARLES J. WALSH III, LAURA BLAU
AND PHILADELPHIA COMMUNITY
DEVELOPMENT COALITION

                    v.

TERESA F. ISABELLA AND 325 S. 18TH
STREET, LLC

PETITION OF: 325 S. 18TH STREET, LLC

:  No. 477 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Application for Leave to Amend Petition for Allowance of Appeal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.